UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILFREDO DEVORA,

    *Plaintiff*,

— against —

KING OF JAMAICA AUTO, INC., SAMAN ARASHEBEN, MIKEY AUTO, INC., MERHEN ("MIKEY") ARASHEBEN, and JOSEP ISRAELASHVILI,

    *Defendants*.

21-CV-5295 (ARR) (RML)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

**OPINION & ORDER**

ROSS, United States District Judge:

  This Court has received the Report and Recommendation on the instant case dated April 30, 2024, from the Honorable Robert M. Levy, United States Magistrate Judge. *See* R.& R., paperless docket entry April 30, 2024. Judge Levy recommends approval of the settlement agreement reached by the parties in this case. *Id.* No objections have been filed. *See* Notice by Wilfredo Devora re R&R, ECF No. 37. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Est. of Ellington ex rel. Ellington v. Harbrew Imps. Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error in Judge Levy's determination that the settlement agreement "is the product of arms-length negotiations and satisfies the criteria in Cheeks v. Freeport Pancake

2

House, 796 F.3d 199 (2d Cir. 2015) and its progeny." *See* R.& R., paperless docket entry April 30, 2024. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the settlement agreement is approved.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:    May 20, 2024
          Brooklyn, New York